**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **STORMBORN TECHNOLOGIES LLC,** | |
| Plaintiff, | Civil Action No. |
| v. | |
| **U.S. ROBOTICS CORPORATION,** | TRIAL BY JURY DEMANDED |
| Defendant. | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1, of the Federal Rules of Civil Procedure, Plaintiff, Stormborn Technologies LLC ("Stormborn"), states that it is a limited liability company. It does not have a parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.

Dated:  10/28/19            Respectfully submitted,

CHONG LAW FIRM

/s/ *Jimmy Chong*
Jimmy Chong
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (877) 796-4627
Email: chong@chonglawfirm.com